JAMES ROSENFELD (*pro hac vice* application to be submitted)
  jamesrosenfeld@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
ADRIAN VALLENS (State Bar No. 332013)
  adrianvallens@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Petitioner*
*TWITCH INTERACTIVE, INC.*

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC.,<br><br>Petitioner,<br><br>v.<br><br>FISHWOODCO GMBH DBA LOOTS,<br><br>Respondent. | **DECLARATION OF DIANA PALACIOS IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARDS AND FOR ENTRY OF JUDGMENT**<br><br>[FILED UNDER SEAL] |

I, Diana Palacios, declare as follows:

1.  I am an attorney admitted to practice before all the courts of the State of California. I am a partner at the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing Twitch Interactive, Inc. ("Twitch" or "Petitioner") in this matter. I make this declaration in support of Twitch's Petition to Confirm Final Arbitration Award and for Entry of Judgment (the "Petition"), relating to the issuance of three final awards, issued by the Honorable Elizabeth D. Laporte (ret.) (the "Tribunal") in the matter of *Twitch Interactive, Inc. v. Fishwoodco Gmbh d/b/a Loots*, JAMS Ref. No. 1110024636 (the "Arbitration"), and dated January 4, 2021, May 7, 2021, and February 25, 2022 respectively. (Collectively, the "Final Awards.") The facts set forth below are true of my own personal knowledge. If called to testify, I could and would competently testify to these facts.

2.  [REDACTED]

3.  Petitioner and Respondent agreed to Arbitration pursuant to Twitch's Terms of Service. Twitch's Terms of Service govern access to and use of the Twitch services, and Respondent agreed to abide by the Terms of Service by registering an account with Twitch, using Twitch's services, and/or by accessing Twitch's API to, among other things, develop, test, or use their advertising application Loots.

4.  Those Terms of Service state that "the state or federal courts in Santa Clara County, California have exclusive jurisdiction over any appeals of an arbitration award," and three such awards were so made.

5.  [REDACTED]

DECLARATION OF DIANA PALACIOS
IN SUPPORT OF PETITION TO CONFIRM

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  ██████████████████████████████████████████████
2  ██████████████████████████████████████████████
3  ████████████████████████████

4       6.  ██████████████████████████████████████
5  ██████████████████████████████████████████████
6  ███████████████████████████████████████
7  ████████████████████████████████████████████
8  ███████████████████████

9       7.  ████████████████████████████████
10 ██████████████████████████████████████████████
11 ██████████████████████████████████

12      8.  ██████████████████████████████████
13 ██████████████████████████████████████████████
14 ██████████████████████████████████████████████
15 ████████████████████████████████████████
16 ██████████████████████████████████

17      9.  ████████████████████████████████████
18 ██████████████████████████████████████████████
19 ████████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████

22      10. ██████████████████████████████████
23 ██████████████████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████

26      11. Upon information and belief, as of the date of this Declaration, Respondent has
27 not sought to vacate, modify, or challenge the Final Awards.
28

DECLARATION OF DIANA PALACIOS
IN SUPPORT OF PETITION TO CONFIRM

3

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of June, 2022, in Los Angeles, California.

_____
Diana Palacios

4

DECLARATION OF DIANA PALACIOS
IN SUPPORT OF PETITION TO CONFIRM

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899