JAMES ROSENFELD (*pro hac vice* application to be submitted)
  jamesrosenfeld@dwt.com
DIANA PALACIOS
  dianapalacios@dwt.com
ADRIAN VALLENS
  adrianvallens@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Petitioner
TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., <br><br> Petitioner, <br><br> v. <br><br> FISHWOODCO GMBH DBA LOOTS, <br><br> Respondent. | **DECLARATION OF JORDAN GIMBEL IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARDS AND FOR ENTRY OF JUDGMENT** |

I, Jordan Gimbel, declare as follows:

1. I am employed by Twitch Interactive, Inc. ("Twitch") as Deputy General Counsel. I have been employed by Twitch since April 2016. Except where otherwise indicated, all of the information contained herein is based on my personal knowledge, and if called and sworn as a witness, I could and would competently testify hereto.

2. Twitch is one of the world's leading services for content creators to stream content as part of a social, interactive community. Each month, millions of people come together to create their own entertainment: live, never-to-be-repeated experiences created by the magical interactions of the many. In 2020, users watched over 1 trillion minutes of content, and Twitch.tv had 30 million average daily measures. Twitch's success is due in part to the measures it has taken to create a safe and accessible community for its millions of users.

3. On Twitch, streamers (those Twitch users who share live content on the service) engage and entertain their viewers. Twitch enables streamers to earn a livelihood by offering them ways to monetize their streaming. Two specific ways that streamers can earn a livelihood are by participating in the Twitch Affiliate and Twitch Partnership programs. Among other ways that Twitch allows Affiliates and Partners to monetize their streaming, it pays them a share of the revenue generated via advertising on their respective Twitch channels.

4. I am a custodian and/or have been in contact with the Twitch custodian(s) of the documents set forth below. As such, I can and do hereby certify that the copies of those agreements are true, correct, and complete. Specifically:

    a. **Twitch Terms of Service**: The document, attached hereto as **Gimbel Exhibit A** is a true, correct, and complete copy of Twitch's Terms of Service in effect on February 18, 2017. The document, attached hereto as **Gimbel Exhibit B**, is a true, correct, and complete copy of Twitch's Terms of Service in effect on September 16, 2020.

    b. **Twitch Trademark Guidelines**: The document attached as **Gimbel Exhibit C** is a true, correct, and complete copy of Twitch's Trademark guidelines, in effect on July

19, 2017.  The document attached as **Gimbel Exhibit D** is a true, correct, and complete copy of the Trademark Guidelines in effect on September 16, 2020.

    c. **Twitch's Developer Service Agreements**: The document attached as **Gimbel Exhibit E** is a true, correct, and complete copy of Twitch's Developer Services Agreement, in effect on July 19, 2018.  The document attached as **Gimbel Exhibit F** is a true, correct, and complete copy of Twitch's Developer Services Agreement in effect on September 16, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of June, 2022, in San Francisco, California.

                                        Jordan Gimbel