# EXHIBIT 2
# UNREDACTED PALACIOS DECLARATION

1  JAMES ROSENFELD (*pro hac vice* application to be submitted)
    jamesrosenfeld@dwt.com
2  DIANA PALACIOS (State Bar No. 290923)
    dianapalacios@dwt.com
3  ADRIAN VALLENS (State Bar No. 332013)
    adrianvallens@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
6  Fax:  (213) 633-6899

7  *Attorneys for Petitioner*
   *TWITCH INTERACTIVE, INC.*
8

9             IN THE UNITED STATES DISTRICT COURT

10              THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  TWITCH INTERACTIVE, INC.,

14          Petitioner,                **DECLARATION OF DIANA PALACIOS IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARDS AND FOR ENTRY OF JUDGMENT**

15      v.

16  FISHWOODCO GMBH DBA LOOTS,         **[FILED UNDER SEAL]**

17          Respondent.

---

DECLARATION OF DIANA PALACIOS
IN SUPPORT OF PETITION TO CONFIRM

I, Diana Palacios, declare as follows:

1. I am an attorney admitted to practice before all the courts of the State of California. I am a partner at the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing Twitch Interactive, Inc. ("Twitch" or "Petitioner") in this matter. I make this declaration in support of Twitch's Petition to Confirm Final Arbitration Award and for Entry of Judgment (the "Petition"), relating to the issuance of three final awards, issued by the Honorable Elizabeth D. Laporte (ret.) (the "Tribunal") in the matter of *Twitch Interactive, Inc. v. Fishwoodco Gmbh d/b/a Loots*, JAMS Ref. No. 1110024636 (the "Arbitration"), and dated January 4, 2021, May 7, 2021, and February 25, 2022 respectively. (Collectively, the "Final Awards.") The facts set forth below are true of my own personal knowledge. If called to testify, I could and would competently testify to these facts.

2. On August 20, 2019, Petitioner successfully initiated JAMS proceedings against Respondent Fishwoodco Gmbh d/b/a Loots ("Respondent") in Santa Clara County, California, in the above-captioned matter, asserting, *inter alia*, claims for Lanham Act violations, breach of Twitch's Terms of Service, Trademark Guidelines, and Developer Services Agreements, and tortious interference with contractual relationship, and sought attorneys' fees and costs. On February 2, 2020, Petitioner submitted its Amended Statement of Claims to the Tribunal.

3. Petitioner and Respondent agreed to Arbitration pursuant to Twitch's Terms of Service. Twitch's Terms of Service govern access to and use of the Twitch services, and Respondent agreed to abide by the Terms of Service by registering an account with Twitch, using Twitch's services, and/or by accessing Twitch's API to, among other things, develop, test, or use their advertising application Loots.

4. Those Terms of Service state that "the state or federal courts in Santa Clara County, California have exclusive jurisdiction over any appeals of an arbitration award," and three such awards were so made.

5. On January 4, 2021, the Tribunal issued a final award in the Arbitration titled Order Granting Default Judgment Against Respondent. A true and correct copy of this Order is attached hereto as **Palacios Exhibit A**, which – as counsel for Petitioner, including for the

DECLARATION OF DIANA PALACIOS
IN SUPPORT OF PETITION TO CONFIRM

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

duration of the Arbitration proceedings – I duly certify is a true, correct, complete, and accurate copy pursuant to Article IV of the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards ("New York Convention").

6. On May 7, 2021, the Arbitrator issued a final award in the Arbitration titled Order Awarding Attorneys' Fees and Costs. A true and correct copy of this Order is attached hereto as **Palacios Exhibit B**, which – as counsel for Petitioner, including for the duration of the Arbitration proceedings – I duly certify is a true, correct, complete, and accurate copy pursuant to Article IV of the New York Convention.

7. On October 20, 2021, Petitioner sought an amended Order to further enjoin Respondent's unlawful behavior based upon Respondent's continued operation of the same exact scheme but under a slightly altered name (New.Loots).

8. On February 25, 2022, the Arbitrator issued a final award in the Arbitration titled Amended Order Granting Default Judgment against Respondent. A true and correct copy of this Order is attached hereto as **Palacios Exhibit C**, which – as counsel for Petitioner, including for the duration of the Arbitration proceedings – I duly certify is a true, correct, complete, and accurate copy pursuant to Article IV of the New York Convention.

9. Attached hereto as **Palacios Exhibit D** is a Certification of Award, submitted by Serena Lee, General Manager of the San Francisco Resolution Center of JAMS, attaching true and correct copies of the Tribunal's Order Granting Default Judgment Against Respondent; Order Awarding Attorneys' Fees and Costs; and Amended Order Granting Default Judgment Against Respondent.

10. This was an international arbitration pursuant to JAMS International Rules. JAMS International Rule 36.4 instructs the Tribunal to fix the arbitration costs in its award while JAMS International Rule 36.1 states that arbitration costs consist of the "reasonable costs for legal representation of a successful party[.]"

11. Upon information and belief, as of the date of this Declaration, Respondent has not sought to vacate, modify, or challenge the Final Awards.

3

DECLARATION OF DIANA PALACIOS
IN SUPPORT OF PETITION TO CONFIRM

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of June, 2022, in Los Angeles, California.

*[signature]*

Diana Palacios

4

DECLARATION OF DIANA PALACIOS
IN SUPPORT OF PETITION TO CONFIRM

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899